Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 1:23-md-03055-CPO-EAP<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Caroline F. Bartlett of the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. hereby enters her appearance on behalf of all Plaintiffs in the above-captioned matter.

DATED: February 27, 2023

**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**

*/s/ Caroline F. Bartlett*
Caroline F. Bartlett