**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document relates To:* ALL ACTIONS | Case No.: 1:23-md-03055-CPO-EAP |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Section 5 of the Amended Initial Case Management Order (ECF No.6), Steven M. Nathan of the law firm Hausfeld LLP hereby enters his appearance *Pro Hac Vice* on behalf of Plaintiffs Joseph Rollins, Alex Chandler, and Seledia Serina in the above captioned matter and states the following in support thereof:

1. I am admitted to practice before the United States District Court for the Southern District of New York.

2. I understand that I am subject to the New Jersey Rules of Professional Conduct, the Guidelines for Litigation Conduct, Local Civil Rue 103.1(c), and the disciplinary jurisdiction of this Court.

I, **STEVEN M. NATHAN**, hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated: <u>March 17, 2023</u> | Respectfully submitted,<br><br>/s/*Steven M. Nathan*<br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>Telephone: (646) 357-1100<br>Facsimile: (212) 202-4322<br>snathan@hausfeld.com<br><br>*Counsel for Plaintiffs Joseph Rollins, Alex Chandler, and Seledia Serina* |

## CERTIFICATE OF SERVICE

I CERTIFY that on this 17th day of March 2023, I filed a true and correct copy of the foregoing Notice of Appearance with this Court's ECF/CM electronic filing system which will send electronic notification of filing to all counsel of record in this action.

/s/*Steven M. Nathan*
Steven M. Nathan