UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION<br>*This Document Relates To All Actions* | Civil Action No. 23-md-3055(CPO)(EAP)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by counsel for Plaintiffs Naeem Seirafi, Shelby Holtzclaw, Roald Mark, Andrew Becker Anthony Dipaola, Keanna Cole, Peggy Rodriguez, Indea Sanchez, Angelina Alvarado Scott, Angela Robinson, Jorge Fernandez, Joseph Rollins, Jorge Newbery, Holly Ringling, and Tammy Gutierrez, on notice to counsel for Defendants, and good cause appearing,

IT IS THIS    27th    day of March, 2023

ORDERED as follows:

1. The Court hereby appoints James E. Cecchi as Interim Lead Class Counsel to act on behalf of the Plaintiffs in the above matters.

2. Interim Class Counsel shall have the responsibilities set forth below:

   a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

   b. coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class consistent with the requirements of the Federal Rules;

   c. convene meetings among Plaintiffs' counsel;

   d. conduct settlement negotiations on behalf of Plaintiffs and the putative Class;

   e. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs and the putative Class is conducted efficiently and effectively;

  f. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

  g. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

  h. perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court.

  i. serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

  j. ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

  k. negotiate and enter into stipulations with defense counsel as necessary to promote the efficient advancement of this litigation;

  l. communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

  m. make available to other Plaintiffs' counsel documents produced by the defendant.

3. The following counsel are appointed as chair(s) of the indicated committees:

  a. Chairs of Law and Briefing: Roberta Liebenberg
    Sabita Soneji

  b. Chair of Discovery: Linda Nussbaum

  c. Chair of Liability Experts: Kelly Iverson

  d. Chair of Damage Experts: Nada Djordjevic

  e. Chair of Settlement: Christopher Seeger

  f. Chair of Third Party Discovery: Ryan Clarkson

  g. Chairs of Plaintiffs' Discovery: Steve Nathan
    Caroline Bartlett

  h. Chair of Electronic Discovery Christopher Ayers

  i. Liaison Counsel: Catherine DeRenze

*Christine P. O'Hearn*
CHRISTINE P. O'HEARN, U.S.D.J.