UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 23-md-3055(CPO)(EAP) |

**CASE MANAGEMENT ORDER #2**

The Court, having held the initial MDL Case Management Conference ("CMC") on April 6, 2023, and after reviewing the parties' submissions and having discussed various case management issues with the parties, and for good cause shown, enters the following Order:

1. The parties are directed to meet and confer and submit to the Court within 14 days of this Order a proposed scheduling order with dates through summary judgment that shall include the timing within which Plaintiffs shall make a settlement demand;

2. The parties are further directed to meet and confer on the form and timing of fact sheets and the timing and scope of discovery and be prepared to discuss both at the next Case Management Conference set for May 4, 2023 at 9:30 am;

3. The parties shall also meet and confer on proposed ESI and Discovery Confidentiality Orders to be submitted to the Court;

4. Any disputes arising out of the items set forth above shall be submitted to the Court on or before May 1, 2023, pursuant to the Court's joint letter procedure set forth in the Text Order at ECF 34;

5. In advance of the May 4, 2023 Case Management Conference, the parties shall identify and propose two potential special masters for the Court's consideration.  If the parties cannot agree, Plaintiffs and Defendant shall each submit two special masters for consideration by the Court.

April 17, 2023

_____
Hon. Christine P. O'Hearn, U.S.D.J.