# APPENDIX 1:

## HARMS ALLEGED BY NAMED PLAINTIFFS

| Plaintiff's Name/State | Actual Identity Theft/Fraud | Attempted Identity Theft/Fraud | Miscellaneous Expenses | Credit Monitoring Costs | Time Spent Responding to Breach | Benefit of the Bargain | Lost Value of PII | Paragraph Citations |
|---|---|---|---|---|---|---|---|---|
| Erica Fletcher (AL) |  | X |  | X | X | X | X | 33-35 |
| Joshua Fritz (AK) |  | X |  | X | X | X | X | 36-38 |
| Todd Bingham (AZ) | X |  |  | X | X | X | X | 39-41 |
| Jacob Smith (AR) | X |  | X |  | X | X | X | 42-44 |
| Frank Applegate (CA) | X | X |  |  | X | X | X | 45-47 |
| Brian Heinz (CA) | X | X |  |  | X | X | X | 48-50 |
| Raffi Kelechian (CA) |  | X |  | X | X | X | X | 51-53 |
| Naeem Seirafi (CA) | X |  | X |  | X | X | X | 54-56 |
| Christian Murphy (CO) | X |  | X |  | X | X | X | 57-59 |
| Jason Vandewater (C0) | X |  |  | X | X | X | X | 60-62 |
| Paul DiGiovanni (CT) | X |  |  | X | X | X | X | 63-65 |
| Matthew McIntyre (FL) | X |  | X |  | X | X | X | 66-68 |
| Darren Glean (GA) | X | X |  |  | X | X | X | 69-71 |
| Eric Carthan (IL) | X |  | X |  | X | X | X | 72-74 |
| Paris Gardner (IL) | X |  | X |  | X | X | X | 75-77 |

| Plaintiff's Name/State | Actual Identity Theft/Fraud | Attempted Identity Theft/Fraud | Miscellaneous Expenses | Credit Monitoring Costs | Time Spent Responding to Breach | Benefit of the Bargain | Lost Value of PII | Paragraph Citations |
|---|---|---|---|---|---|---|---|---|
| Angelina Alvarado Scott (IL) | X | X | X | | X | X | X | 78-80 |
| Cecilia Tomasevich (IL) | X | | | | X | X | X | 81-83 |
| Jeremy Dengler (IN) | X | X | X | | X | X | X | 84-86 |
| Peggy Rodriguez (IN) | X | | | | X | X | X | 87-89 |
| Jeremy Collins (IA) | | X | | | X | X | X | 90-92 |
| Harold Nyanjom (KS) | X | | | | X | X | X | 93-95 |
| Nancy Helis (LA) | | X | | | X | X | X | 96-98 |
| Donald Curtis (MD) | X | | | | X | X | X | 99-101 |
| Carolyn Peavy (MA) | X | X | | | X | X | X | 102-104 |
| Keanna Cole (MI) | | X | X | | X | X | X | 105-107 |
| Kathleen Shamp (MN) | X | | | | X | X | X | 108-110 |
| Jay Gelizon (NV) | | X | | | X | X | X | 111-113 |
| Holly Dorso (NH) | | X | | | X | X | X | 114-116 |
| Andrew Becker (NJ) | X | | | | X | X | X | 117-119 |
| Amanda Malota (NJ) | X | | X | | X | X | X | 120-122 |
| Joseph Rollins (NJ) | | X | | | X | X | X | 123-125 |
| Indea Sanchez (NM) | X | | | | X | X | X | 126-128 |
| Heather Childs (NY) | | X | X | X | X | X | X | 129-131 |
| Michael Ortiz (NY) | X | | | | X | X | X | 132-134 |

| Plaintiff's Name/State | Actual Identity Theft/Fraud | Attempted Identity Theft/Fraud | Miscellaneous Expenses | Credit Monitoring Costs | Time Spent Responding to Breach | Benefit of the Bargain | Lost Value of PII | Paragraph Citations |
|---|---|---|---|---|---|---|---|---|
| Katherine Harris (NC) | X | X | | | X | X | X | 135-137 |
| Tonisha Jordan (OH) | X | | | | X | X | X | 138-140 |
| Gina Triola (OH) | | X | | | X | X | X | 141-143 |
| Ronald Allen (OK) | | X | | | X | X | X | 144-146 |
| Nathan Briggs (OR) | X | | X | | X | X | X | 147-149 |
| Kristy Capanelli (PA) | X | | | X | X | X | X | 150-152 |
| Derek Pacheco (RI) | | X | | | X | X | X | 153-155 |
| Seledia Serina (SC) | X | | | | X | X | X | 156-158 |
| Jamie Barnes (TN) | X | | | | X | X | X | 159-161 |
| LaShanna Beasley (TN) | X | | | | X | X | X | 162-164 |
| Lorinda Hale (TN) | X | | | | X | X | X | 165-167 |
| Aisha Suleiman (TX) | | X | | | X | X | X | 168-170 |
| Pratikkumar Patel (WA) | | X | | | X | X | X | 171-173 |
| Oliver Plummer (WA) | X | | X | | X | X | X | 174-176 |
| Steven Baker (WI) | X | X | | | X | X | X | 177-179 |