## APPENDIX 9:

## CONSUMER FRAUD LAWS PROVIDING FOR INJUNCTIVE RELIEF ONLY

| STATE LAW | NAMED PLAINTIFF(S) | CITATION |
|---|---|---|
| GEORGIA UNIFORM DECEPTIVE PRACTICES ACT, O.C.G.A. §§ 10-1-370, ET SEQ. | Darren Glean | *See* Ga. Code Ann. § 10-1-373(a) (West) ("A person likely to be damaged by a deceptive trade practice of another may be granted an injunction against it under the principles of equity and on terms that the court considers reasonable."); *Boynton v. State Farm Mut. Auto. Ins. Co.*, 429 S.E.2d 304, 306 n.1 (Ga. Ct. App. 1993) ("Civil damages are never available under this Act."); *Lauria v. Ford Motor Co.*, 312 S.E.2d 190, 193 (Ga. Ct. App. 1983) ("While [Georgia's Uniform Deceptive Trade Practices] Act expressly does not preclude other actions based on common law or other statutory authority, the sole remedy provided under this Act is injunctive relief."). |
| ILLINOIS PERSONAL INFORMATION PROTECTION ACT, 815 ILL. COMP. STAT. §§ 530/10(a), ET SEQ. | Eric Carthan<br>Paris Gardner<br>Angelina Alvarado Scott<br>Cecilia Tomasevich | *See* 815 Ill. Comp. Stat. Ann. 530/20 (West) (providing that "[a] violation of this Act constitutes an unlawful practice under the Consumer Fraud and Deceptive Business Practices Act"). |

| STATE LAW | NAMED PLAINTIFF(S) | CITATION |
|---|---|---|
| ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT, 815 ILL. COMP. STAT. §§ 510/1, ET SEQ. | Eric Carthan<br>Paris Gardner<br>Angelina Alvarado Scott<br>Cecilia Tomasevich | *See* 815 Ill. Comp. Stat. Ann. 510/3 (West) ("A person likely to be damaged by a deceptive trade practice of another may be granted injunctive relief upon terms that the court considers reasonable."); *Kensington's Wine Auctioneers & Brokers, Inc. v. John Hart Fine Wine, Ltd.*, 909 N.E.2d 848, 857 (2009) ("Although the Deceptive Practices Act does not permit a party to recover monetary damages, it does allow an injured party to obtain "injunctive relief upon terms that the court considers reasonable."). |
| MINNESOTA UNIFORM DECEPTIVE TRADE PRACTICES ACT, MINN. STAT. §§ 325D.43, ET SEQ. | Kathleen Shamp | *See* Minn. Stat. § 325D.45, subd. 1 ("A person likely to be damaged by a deceptive trade practice of another may be granted an injunction against it under the principles of equity and on terms that the court considers reasonable."); *Dennis Simmons, D.D.S., P.A. v. Mod. Aero, Inc.*, 603 N.W.2d 336, 339 (Minn. Ct. App. 1999) ("the DTPA provides only injunctive relief, and because appellant pursued damages, not an injunction, he has not stated a claim for which relief could be granted"). |