UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: SAMSUNG CUSTOMER DATA
SECURITY BREACH LITIGATION

1:23-md-03055 (CPO-EAP)
(MDL 3055)

*This Document Relates To:* ALL ACTIONS

*Filed Electronically*

## DECLARATION OF NEIL GILMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT

Neil K. Gilman declares, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Hunton Andrews Kurth, LLP, counsel for Defendant Samsung Electronics America, Inc. ("Samsung").

2. I respectfully submit this Declaration in support of Samsung's Motion to Dismiss Plaintiffs' Amended Consolidated Complaint. The facts set forth in this Declaration are based upon my personal knowledge, information, and belief.

3. Attached hereto as Exhibit A is a true and correct copy of Exhibit A, *Important Notice Regarding Customer Information*, Sept. 2, 2022, *available at* https://www.samsung.com/us/support/securityresponsecenter/ (the "Notice"). Plaintiffs cite this Notice at Paragraph 211 in their amended Consolidated Complaint (Dkt. 48.)

Dated: August 10, 2023
Washington, D.C.

By: /s/ Neil K. Gilman
Neil K. Gilman