# APPENDIX A

# APPENDIX A

## Named Plaintiffs' Injuries

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
| Erica Fletcher (AL) ¶¶ 33-35 | Attempted fraud, scam debt consolidation, misuse of PII on Instagram, increase in spam/phishing, had to purchase credit monitoring ($19.99/mo), was alerted from credit monitoring that her PII is being sold by third party |
| Fritz, Joshua Fritz (AK) ¶¶ 36-38 | Increase in spam, increase in credit monitoring alerts, changed bank account info, replaced credit/debit cards, spends several hours per week checking accounts, $10/mo on credit/identify theft protection |
| Todd Bingham (AZ) ¶¶ 39-41 | Unauthorized charges, spent time reversing charges, had to cancel accounts and change passwords, $24.95/mo on credit monitoring |
| Jacob Smith (AR) ¶¶ 42-44 | Ten unauthorized charges on Samsung Sofi MasterCard totaling $1,000, spent time and $400 to protect himself from harm |
| Frank Applegate (CA) ¶¶ 45-47 | Notified by credit monitoring that PII had been impacted, unauthorized charges, spent time cancelling/ordering new card, increased spam/phishing, fake loan offers in his name being accepted and approved, credit monitoring services, several hours per week checking accounts |
| Brian Heinz (CA) ¶¶ 48-50 | Unauthorized charges, increased spam/phishing, 40 hours spent checking accounts |
| Raffi Kelechian (CA) ¶¶ 51-53 | Increased spam/phishing, notified by Experian that PII was for sale on dark web, time, $24.99/mo on credit monitoring, spends several hours per week monitoring accounts |
| Naeem Seirafi (CA) ¶¶ 54-56 | Identity theft, email account hacked, phone number stolen, attempted hacking of Crypto account, $130 spent on secure USB hard drives, $130/mo on data security, time checking bank/credit statements |

1

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
| Cristian Murphy (CO) ¶¶ 57-59 | Unauthorized charges; 36 hours spent disputing charges, monitoring & freezing accounts, changing passwords, checking credit reports; spent $300 to protect himself |
| Jason Vandewater (CO) ¶¶ 60-62 | Unauthorized charges, cancelled/ordered new cards, time spent getting reimbursements, spends several hours/week monitoring, spends $9.99/mo on credit monitoring |
| Paul DiGiovanni (CT) ¶¶ 63-65 | Identity theft; several fraudulent accounts opened in his name; received fraudulent hospital bill in his name; spent time cancelling/freezing accounts, disputing charges, changing passwords; spends $40/mo on credit monitoring |
| Matthew McIntyre (FL) ¶¶ 66-68 | Identity theft; fraudulent loan taken out in his name; fraudulent charges of over $600; over 120 credit inquiries in his name; 60 hours checking credit and financial accounts; spent time disputing charges, cancelling accounts, changing passwords; spends $10/mo on identity protection; spent over $200 pulling credit reports to protect himself |
| Darren Glean (GA) ¶¶ 69-71 | Unauthorized charges; increased spam/phishing; spent nearly 100 hours fielding spam calls, conducting research, calling agencies to get more info about his PII; spends several hours/week checking accounts |
| Eric Carthan (IL) ¶¶ 72-74 | Identity theft; unauthorized charges; spent time disputing charges, cancelling accounts, changing passwords; frequently checks bank and credit card statements; spends $23/mo on credit monitoring/protection services |
| Paris Gardner (IL) ¶¶ 75-77 | Identity theft; opening of unauthorized email accounts in his name; spent time changing passwords and monitoring accounts; spent $15 on credit freeze; spends 1 hr/week checking accounts |
| Angelina Alvarado Scott (IL) ¶¶ 78-80 | Fraud, increase in spam/phishing, spent 10 hours changing accounts and passwords, pays for several credit monitoring services, spent approximately $49.98 on Experian |

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
| Cecilia Tomasevich (IL) ¶¶ 81-83 | Unauthorized charges; spent time disputing charges, monitoring accounts, changing passwords; spends several hours per week checking accounts |
| Jeremy Dengler (IN) ¶¶ 84-86 | Unauthorized charges reported on credit report; increase in spam/phishing; spent 12 hours disputing charges and changing passwords, frequently checking accounts, requesting and unlocking credit freezes, obtaining/reviewing credit reports; spent $40 on virus protection and security suite |
| Peggy Rodriguez (IN) ¶¶ 87-89 | Identity theft, fraud, unauthorized charge on Xfinity account, unauthorized opening of email account, fraudulent charges on debit card totaling $335. Spent time disputing charges, cancelling accounts, changing passwords, checking accounts |
| Jeremy Collins (IA) ¶¶ 90-92 | Spends 30 min/week dealing with increased scam/phishing, checking accounts, obtaining/reviewing credit reports |
| Harold Nyaniom (KS) ¶¶ 93-95 | Fraud, unauthorized charges, notifications from credit monitoring that his PII was being misused. Spends time disputing charges, changing passwords, frequently checking accounts |
| Nancy Helis (LA) ¶¶ 96-98 | Markedly increased spam/phishing, forwards scam/phishing emails to scam baiter in attempt to lessen amount she receives, complained to Microsoft. Spent 200 hours dealing with scam/phishing emails since July 2022 |
| Donald Curtis (MD) ¶¶ 99-101 | Credit card opened in his name, SSN used. Spent more than 50 hours restoring identity, monitoring accounts, changing passwords, reviewing credit reports. |
| Carolyn Peavy (MA) ¶¶ 102-104 | Stolen email address, increase in spam/phishing, learned that her PII is on the dark web, spends several hours/week checking accounts. |
| Keanna Cole (MI) ¶¶ 105-107 | Unauthorized credit inquiries, increase in spam/phishing, spends one hour/week checking accounts and blocking phone numbers. Spends $12.99/mo on credit monitoring. |

3

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
| Kathleen Shamp (MN) ¶¶ 108-110 | Identity theft, fraud. Unauthorized credit cards, small business loan, MN tax refund fraudulently obtained in her name. Spent over 20 hours disputing loan and credit applications, freezing credit, restoring identity. Spends several hours/week monitoring accounts. |
| Jay Gelizon (NV) ¶¶ 111-113 | Spends 2 hours/week checking account statements, reviewing credit reports. |
| Holly Dorso (NH) ¶¶ 114-116 | Increased spam/phishing. Spends 2-3 hours/week checking accounts, reviewing credit reports, and dealing with spam. |
| Andrew Becker (NJ) ¶¶ 117-119 | 5 unauthorized charges on debit card totaling over $1,000. Changed debit card and bank information due to continued suspicious activity. Has spent over 40 hours checking accounts. |
| Amanda Malota (NJ) ¶¶ 120-122 | Identity theft in the form of fraudulent charges, spent time and $600 disputing the fraudulent charges and protecting herself. |
| Joseph Rollins (NJ) ¶¶ 123-125 | Increased spam/phishing. Spent 5-6 hours changing passwords, monitoring accounts, instituting a credit freeze, etc. |
| Indea Sanchez (NM) ¶¶ 126-128 | Six unauthorized charges on bank account. Spent several hours/week checking accounts, obtaining and reviewing credit reports. |
| Heather Childs (NY) ¶¶ 129-131 | Fraudulent invoices and emails. Spent 40 hours addressing fake charges, 5 hours over the course of 5 separate phone calls with Samsung reporting this problem, and 2 hours/week checking accounts. Spends $40/mo on credit monitoring and identity theft protection. |
| Michael Ortiz (NY) ¶¶ 132-134 | Identity theft, had to place a block on his SSN and get another Social Security card, which took one month and involved making a report to the Social Security Administration. Spends 2 hours/week checking accounts. |
| Katherine Harris (NC) ¶¶ 135-137 | Identity theft, credit card fraud. Multiple occurrences of fraudulent credit card and home loan applications in her name. Unauthorized charges to Cash/App account. Has |

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
|  | spent 25-30 hours disputing charges and calling credit companies and agencies. Spends several hours/week checking accounts. |
| Tonisha Jordan (OH) ¶¶ 138-140 | Unauthorized charges on PayPal account; spent time disputing charges, reviewing and monitoring accounts, and changing passwords. Spends 3 hours/week checking accounts. |
| Gina Triola (OH) ¶¶ 141-143 | Increased spam/phishing. Spent time reviewing her communication accounts. Spends a couple hours/week checking accounts. |
| Ronald Allen (OK) ¶¶144-146 | Attempt to open account in his name, strange texts. Credit card company notified him that his credit card information had been found on the Dark Web. Spends a 1-3 hours/week checking accounts. |
| Nathan Briggs (OR) ¶¶ 147-149 | Identity theft, including fraudulent loan applications in his name and fraudulent bills. Spent time correcting credit reports and monitoring accounts. Has spent over 240 hours remediating the identity theft and spends 2 hours/week checking accounts. Spent $110 on identity theft protection. |
| Kristy Capaneli (PA) ¶¶ 150-152 | Unauthorized charges on Direct Express account, spent time disputing charges, cancelling accounts, and changing passwords. Spends 30 min/week checking accounts. Spends $4/mo on credit monitoring. |
| Derek Pacheo (RI) ¶¶ 153-155 | Increased spam/phishing. Spent time managing accounts and fielding spam/phishing communications. Spends 30 min/week checking accounts. |
| Seledia Serina (SC) ¶¶ 156-158 | Unauthorized charge on bank card, and spent time disputing the charge, cancelling her bank card, and monitoring her accounts. Spends one hour/week checking accounts. |
| Jamie Barnes (TN) ¶¶ 159-161 | Unauthorized charges and an attempted theft of $1,000 worth of bitcoin and $329 of cash from PayPal account. Has spent 15-20 hours remediating the attempted fraud, |

| PLAINTIFF | INJURIES SPECIFIED IN ACC |
|---|---|
| | reviewing accounts, disputing charges, and changing passwords. Spends 2 hours/week checking accounts. |
| LaShanna Beasley (TN) ¶¶ 162-164 | Identity theft and fraud when an unauthorized North Carolina address appeared several times on her credit report. Spent time disputing the address to the reporting agencies and monitoring her accounts. Has spent several hours/week checking her accounts. |
| Lorinda Hale (TN) ¶¶ 165-167 | Several unauthorized charges, spent time disputing the charges, and reviewing and monitoring accounts. Has spent several hours/week checking accounts. |
| Aisha Suleiman (TX) ¶¶ 168-170 | Increased spam/phishing. Spent time fielding scam/phishing communications, conducting internet research and calling various agencies to get more information about how her information is being misused. Has spent several hours/week checking accounts. |
| Pratikkumar Patel (WA) ¶¶ 171-173 | Increased spam/phishing. Spends several hours/week checking accounts. |
| Oliver Plummer (WA) ¶¶ 174-176 | Fraud. Several unauthorized transactions, compromised social media accounts, and a fraudulent loan; spent time disputing the charges, cancelling accounts and changing passwords; several hundred dollars in remediation efforts. |
| Steven Baker (WI) ¶¶ 177-179 | Fraud. Unauthorized bank charge, increased spam/phishing. Spent time disputing the unauthorized charge, reviewing and monitoring his accounts and changing his passwords, and ongoing monitoring of credit activity; spent 5 hours a week checking his credit and financial accounts for unauthorized activity. |