# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

---

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

September 11, 2024

<u>**VIA ECF**</u>

Hon. Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    <u>*In re Samsung Customer Data Security Breach Litigation,*<br>           Civ. Action No. 1:23-md-3055 (CPO) (EAP)</u>

Dear Judge Pascal:

    I write jointly with counsel for Defendant Samsung Electronics America, Inc. to request a one-week extension of time to file a joint motion to seal the briefing associated with the Motion to Dismiss and Motion to Strike Class Allegations filed by Defendant (*See* ECF No. 161 and 163). The parties are working cooperatively to resolve and finalize the proposed redactions and motion to seal papers. The parties request an extension from the current due date of September 16, 2024 until **September 23, 2024.**

    If this request meets with the Court's approval, we respectfully ask that Your Honor enter "So Ordered" and return this letter via CM/ECF. We thank the Court for consideration of this request.

                                      Respectfully submitted,

                                      <u>*s/ James E. Cecchi*</u>
                                      James E. Cecchi
                                      Interim Lead Counsel for Plaintiffs

                                      <u>*s/ Maureen T. Coghlan*</u>
                                      Maureen T. Coghlan
                                      Counsel for Defendant Samsung Electronics
                                      America, Inc.

September 11, 2024
Page **2** of **2**

cc:    All Counsel of Record (via ECF)
       Hon. Christine P. O'Hearn, U.S.D.J. (via ECF)
       Hon. Freda L. Wolfson (ret.) (via ECF)

It is SO ORDERED as of this \_\_\_ day of September, 2024

_____
HON. ELIZABETH A. PASCAL, U.S.M.J.