

**Maureen T. Coghlan**
*Member of New Jersey and*
*Pennsylvania Bar*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

January 10, 2024

<u>**VIA ECF**</u>

The Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court - District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      **Re**:     ***In re Samsung Customer Data Security Breach Litigation,***
               ***Civ. Action No. 1:23-md-3055 (CPO) (EAP)***

Dear Judge O'Hearn:

      This firm represents Defendant Samsung Electronics America, Inc. ("Samsung"). I write to request a three-day extension of time to file opposition to Plaintiffs' Motion for Reconsideration (ECF 211), moving the deadline from January 21 to **January 24, 2025**. Plaintiffs consent to this request.

      If the request meets with the Court's approval, we ask that Your Honor please enter "So Ordered" below. We thank the Court for consideration of this request.

                            Respectfully submitted,

                            *s/ Maureen T. Coghlan*
                            Maureen T. Coghlan

cc:    All Counsel of Record (via ECF)
        Hon. Elizabeth A. Pascal, U.S.M.J. (via ECF)
        Hon. Freda L. Wolfson (ret.) (via ECF)

It is SO ORDERED as of this <u>13</u> day of January, 2025.

_____
HON. CHRISTINE P. O'HEARN, U.S.D.J.